**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **DEAN DOSCHER,**<br>        *Plaintiffs,*<br><br>**v.**<br><br>**THE CITY OF CEDAR PARK, JAMES**<br>**MALLINGER, PATRICK FLYNN, and**<br>**J.P. LE COMPTE,**<br>        *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 1:25-CV-01242-ADA-SH** |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 15. The report recommends that this Court **GRANT IN PART** and **DENY IN PART** Defendants' Motion to Dismiss (Dkt. 10). Dkt. 15 at 19. Specifically, the report recommends that this Court **DENY** the motion as to Plaintiff's First Amendment retaliation claim and **GRANT** it as to all other claims. *Id.* The report further recommends that this Court **DISMISS AS MOOT** the Motion to Abate Discovery (Dkt. 11). *Id.* The report was filed on January 27, 2026.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on February 13, 2026. Dkt. 18. The Court has conducted *de novo* review of the Report and Recommendation, Plaintiff's objections (Dkt. 18), and the applicable

laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 15) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Dkt. 10) is hereby **GRANTED IN PART** and **DENIED IN PART**. The motion is **DENIED** as to Plaintiff's First Amendment retaliation claim and **GRANTED** as to all other claims.

**IT IS FURTHER ORDERED** that the Motion to Abate Discovery (Dkt. 11) is **DISMISSED AS MOOT.**

**SIGNED** this 17th day of February, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE